NAYDENSKIY LAW GROUP P.C.
2747 Coney Island Ave
Brooklyn, New York 11235
Telephone: (718) 808 2224
Email:Naydeskiylaw@gmail.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DMITRIY SEREBRYAKOV AND DMITRIY KURAMYSHEV individually and On behalf of all other similarly situated persons,<br><br>                              Plaintiff,<br><br>-against-<br><br><br>GOLDEN TOUCH TRANSPORTATION OF NY, INC. and LOKEKO INC., and DOUBLE "K" USA, CORP. and KONSTANTIN DERGUNOV<br><br><br>                              Defendants. | **ECF Case**<br><br><br><br>12-cv-03990 |

**NOTICE OF PLAINTIFFS' MOTION TO CONDITIONALLY
CERTIFY A FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND
AUTHORIZE NOTICE TO BE ISSUED TO ALL PERSONS SIMILARLY SITUATED**

PLEASE TAKE NOTICE, that upon the following memorandum of law, the declaration of Gennadiy Naydenskiy, Esq., the accompanying declarations of Named Plaintiffs Dmitriy Serebryakov and Dmitriy Kuramyshev and all pleadings and supporting materials  filed herein, Plaintiffs hereby move this Court for an order conditionally certifying a Fair Labor Standards Act ("FLSA") collective action and authorizing notice to be issued to all persons similarly situated so that they may be informed of the action and given a meaningful opportunity to  "opt-in" to the action as plaintiffs by also asserting FLSA claims.

PLEASE TAKE FURTHER NOTICE, that the motion will be heard at 225 Cadman Plaza East, Brooklyn, New York 11201 in the courtroom of the Honorable Ramon E. Reyes Jr.,  United States Magistrate Judge, at a time to be set by the Court.

For the Court's convenience, attached hereto as Exhibit "A" please find Plaintiffs' [PROPOSED] ORDER  ON PLAINTIFFS' MOTION TO CONDITIONALLY CERTIFY A FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND AUTHORIZE NOTICE TO BE ISSUED TO ALL PERSONS SIMILARLY SITUATED.

Dated: New York, New York
        May 1, 2015

Respectfully submitted,

**NAYDENSKIY LAW GROUP P.C.**
_____s/_____
Gennadiy Naydenskiy GN(5601)
NAYDENSKIY LAW GROUP P.C.
2747 Coney Island Ave
Brooklyn, New York 11235
Telephone: (718) 808 2224
Email:Naydeskiylaw@gmail.com
*Attorneys for Plaintiffs and the putative*
*collective  Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DMITRIY SEREBRYAKOV AND DMITRIY
KURAMYSHEV individually and On behalf of all
other similarly situated persons,

                                                      **INDEX: 12-cv-03990**

                                Plaintiffs,

GOLDEN TOUCH TRANSPORTATION OF NY,
INC. and LOKEKO INC., and DOUBLE "K" USA,
CORP. and KONSTANTIN DERGUNOV

                                Defendants.
------------------------------------------------------------X

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO CONDITIONALLY CERTIFY
A FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND AUTHORIZE
NOTICE TO BE ISSUED TO ALL PERSONS SIMILARLY SITUATED**

       THIS MATTER came before the Court on Plaintiffs' Motion to Conditionally Certify a Fair Labor Standards Act Collective Action and Authorize Notice to be Issued to All Persons Similarly Situated and related relief, and the Court, having reviewed the said motion, the responses and replies thereto, if any, and the case file herein, and now being sufficiently advised in the premises,

       HEREBY ORDERS that Plaintiffs' Motion is GRANTED, and FURTHER ORDERS that:

       1.   The collective action notice entitled "NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN" and the "CONSENT TO BECOME A PARTY PLAINTIFF," attached to the Declaration of Gennadiy Naydenskiy, Esq. as Exhibit "D" and Exhibit "E" respectively,  are hereby approved for mailing to potential plaintiffs; and

       2. All current and former drivers, including drivers classified as "independent contractors", who worked for, or contracted with, Defendants Konstantin Dergunov, Lokeko Inc., or Double "K" USA, Corp. at any time between August 10, 2006 to_____.[Insert date of this Order]; and

3. Defendants shall provide to Plaintiffs, within ten (10) days following the date of this Order, the names, addresses, phone numbers and email addresses of all potential plaintiffs who worked in the above positions from on or after August 10, 2006 to_____. [Insert date of this Order] This information shall be supplied in paper form, and also digitally in one of the following formats: Microsoft Excel; or Microsoft Word.

4. Plaintiffs shall mail the notice of collective action to all potential plaintiffs no later than ten (10) days following Defendants' disclosure of the contact information for the potential plaintiffs; and

5. Defendants shall post the "NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN," attached to the Declaration of Gennadiy Naydenskiy, Esq. as Exhibit "D" and the "CONSENT TO BECOME A PARTY PLAINTIFF" form, attached to the Declaration of Gennadiy Naydenskiy, Esq. as Exhibit "E" at Defendants' Lokeko and Double "K" locations in a location visible to all of Defendants' employees; and

6. Plaintiff is permitted to mail the "DEADLINE REMINDER LETTER" in the form attached as Exhibit "F" to the Declaration of Gennadiy Naydenskiy, Esq., to all potential plaintiffs prior  to the termination of the opt-in period; and

7. All potential plaintiffs must opt-in no later than 60 days after the date of the mailing of the notice, by  returning the executed form entitled "CONSENT TO BECOME A PARTY PLAINTIFF" to Plaintiffs' counsel before that date. Plaintiffs' counsel shall thereupon promptly file such executed consents with the Court.

DATED this    day of_____, 2015

_____
HONORABLE RAMON E. REYES Jr.
UNITED STATES MAGISTRATE JUDGE

2