# ROSENBERG FORTUNA & LAITMAN ○ LLP

### ATTORNEYS AT LAW
666 Old Country Road, Suite 810
Garden City, NY 11530

**New York City**
**33 Irving Place, 3rd Floor**
**New York, New York 10003**
**(212) 980-6666**
**Not For Service of Legal Papers**

Telephone: (516) 228-6666
Facsimile:  (516) 228-6672

**Anthony R. Filosa**
**Partner**
**anthony@rosenbergfortuna.com**

December 23, 2016

**VIA ECF**

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:    Dmitriy Serebraykov and Dmitriy Kuramyshev v.**
> **Golden Touch Transportation of NY, Inc., Lokeko, Inc.,**
> **Double "K" USA, Corp. and Konstantin Dergunov**
> **United States District Court-Eastern District of New York**
> **Docket No. 12-cv-3990**

Dear Magistrate Judge Reyes:

As the Court shall recall, this office represents defendants Lokeko, Inc., Double "K" USA Corp. and Konstantin Dergunov in the above referenced matter.

I write on behalf of counsel for both parties to respectfully request that the time by which the parties must jointly submit an executed settlement agreement for the Court's approval be extended to January 6, 2017. Counsel for the plaintiff and I have conferred in good faith with respect to the preparation of the Confidential Settlement Agreement and have exchanged what we anticipate will be the execution copy of the Agreement, but respectfully request the additional time to review the same with our respective clients in light of the upcoming holidays.

Respectfully submitted,

Anthony R. Filosa

ARF:dmg
cc:    Naydenskiy Law Group, P.C. (**via ECF**)
      Attention: <u>Gennadiy Naydenskiy, Esq.</u>